# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARNEY DUNLAP, SIERRA FOX, and ) <br> RUDY FOX, ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:11-CV-77-F** |

**Decision by Court.**

      **IT IS ORDERED AND ADJUDGED** that plaintiff Metropolitan Life Insurance Company's Motion for Entry of Default Judgment against defendant Barney Dunlap is ALLOWED.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 15, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Thadeus Matthew Creech (via CM/ECF Notice of Electronic Filing)

Elizabeth J. Bondurant (via CM/ECF Notice of Electronic Filing)

James R. Faucher (via CM/ECF Notice of Electronic Filing)

Barney Dunlap (via regular mail #0864594, Central Prison, 1300 Western Boulevard, Raleigh, NC 27606)

| | |
|---|---|
| September 15, 2011 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| | *(By) Deputy Clerk* |
| | *Wilmington, NC* |